# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 05, 2013

John P. Hehman
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

                Re:  Case No. 11-4347, *Douglas Ramsey v. Allstate Insurance Company*
                     Originating Case No. : 1:09-CV-207

Dear Clerk,

    Enclosed is a copy of the mandate filed in this case.

                                      Sincerely yours,

                                      s/Michelle M. Davis
                                      Case Manager
                                      Direct Dial No. 513-564-7025

cc:  Mr. Charles Franklin Hollis III
      Mr. Anthony J. Iaciofano
      Mr. Robert K. Roeller

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 11-4347

_____

Filed: March 05, 2013

DOUGLAS C. RAMSEY

    Plaintiff - Appellant

v.

ALLSTATE INSURANCE COMPANY

    Defendant - Appellee

MANDATE

   Pursuant to the court's disposition that was filed 02/08/2013 the mandate for this case hereby issues today.

COSTS:  None